**DISMISSED and Opinion Filed May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01150-CV

**JULIE KELLEY, Appellant**
**V.**
**WYNNEWOOD GARDEN, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04793-E**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Appellant's brief in this case is overdue. By postcard dated April 23, 2019, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).



/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

181150F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JULIE KELLEY, Appellant

No. 05-18-01150-CV     V.

WYNNEWOOD GARDEN, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-04793-E.
Opinion delivered by Justice Reichek, Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WYNNEWOOD GARDEN recover its costs, if any, of this appeal from appellant JULIE KELLEY.

Judgment entered May 20, 2019